UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LISA WATTS<br>Plaintiff<br>　v.<br><br>METHODIST MEDICAL CENTER OF<br>ILLINOIS a/k/a PROCTOR HOSPITAL<br>a/k/a UNITY POINT HEALTH<br>Defendant | Case No. 18-1390<br><br>Judge James E. Shadid<br>Magistrate Judge Thomas<br>Schanzle Haskins |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Lisa Watts, by Richard L. Steagall, her attorney, and for such motion states:

1. The court entered a February 23, 2021 Order ruling the defendant's motion for summary judgment would be decided without a response from plaintiff.

2. The repeated delays of the undersigned lawyer in *Henseler v. Cook Canton, LLC*, C.D.Ill. No. 18-1363 were a large part of the reason for the Order entered in this case.

3. Plaintiff's counsel has taken the sanction in *Henseler* and this case and resolved to return to the attention he has given for 40 years of 42 years of practice including consultation of professional help which was a condition of his probation from the Attorney Registration Disciplinary Commission of the Supreme Court of Illinois.

4. This plaintiff does not deserve the ultimate sanction of refusing to allow the filing of a response to the defendant's motion for summary judgment in this case.

**WHEREFORE**, Plaintiff, Lisa Watts, pray the Court enter an Order allowing the filing of Plaintiff's Response to Defendant's Motion for Summary Judgment on or before Tuesday, May 4, 2021 or such other date the Court deems appropriate.

Respectfully submitted,

s/ Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on **August 11, 2020**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record set forth below:

Mr. Brian Smith
Heyl, Royster, Voelker, & Allen
P.O. Box 1190
Champaign, IL 61824
217-344-0060
bsmith@heylroyster.com

s/ Richard L. Steagall

RICHARD L. STEAGALL
Steagall Law Offices
456 Fulton Street Suite 410
Peoria, IL 61602
309-678-0145
rlsteagall3@gmail.com