E-FILED
Monday, 10 May, 2021  04:21:43 PM
Clerk, U.S. District Court, ILCD

10999-46
BMS/tlp

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| LISA WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01390-JES-JEH |
| | ) | |
| METHODIST MEDICAL CENTER OF ILLINOIS | ) | |
| a/k/a PROCTOR HOSPITAL a/k/a UNITY | ) | |
| POINT HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, THE METHODIST MEDICAL CENTER OF ILLINOIS, an Illinois not-for-profit corporation, improperly named in the Complaint as "METHODIST MEDICAL CENTER OF ILLINOIS a/k/a PROCTOR HOSPITAL a/k/a UNITYPOINT HEALTH", by Brian M. Smith of Heyl, Royster, Voelker & Allen, and for its Response to Plaintiff's Motion for Leave to File Response to Defendant's Motion for Summary Judgment, states as follows:

1.      On February 1, 2021, Defendant filed a Motion for Summary Judgment. (d/e #31).

2.      On February 25, 2021, this Court entered a Text Order noting that Plaintiff's response to Defendant's motion was due on February 22, 2021. The Court concluded that due to Plaintiff's failure to file a response, "Plaintiff has waived her opportunity to file a response. Therefore, the Court will no longer accept a response from Plaintiff."

3.     On April 26, 2021, Plaintiff filed a Motion for Leave to file a Response to Defendant's Motion for Summary Judgment. (d/e #32 and #33). In her motion, Plaintiff sought leave to file a response to Defendant's Motion for Summary Judgment on or before May 4, 2021, or such other date the Court deemed appropriate. (d/e #32, p. 2).

4.     As of this filing, May 10, 2021, Plaintiff has not filed a response to Defendant's Motion for Summary Judgment. As the Court previously noted, the response is overdue. Plaintiff sought leave to file a response by May 4, 2021, but has not done so. Accordingly, Defendant requests that Plaintiff's Motion for Leave to File a Response to Defendant's Motion for Summary Judgment be denied.

Respectfully submitted,

THE METHODIST MEDICAL CENTER OF ILLINOIS, an Illinois not-for-profit corporation, Defendant

BY: s/Brian M. Smith
Brian M. Smith, ARDC #: 6293822
HEYL, ROYSTER, VOELKER & ALLEN
Suite 505, 301 N. Neil Street
Champaign, IL 61820
Telephone  217.344.0060
Email:  bsmith@heylroyster.com

**PROOF OF SERVICE**

I hereby certify that on May 10, 2021, I electronically filed the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Richard L. Steagall
Steagall Law Offices
456 Fulton St., Suite 410
Peoria, IL 61602

I also hereby certify that I have mailed, by United States Postal Service, the foregoing to the following non-CM/ECF participant: None.

s/Brian M. Smith
Heyl, Royster, Voelker & Allen

39450321_1